| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
|---|---|---|
| | Calendar Year 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) REINHARDT, STEPHEN R | 2. Court or Organization U S COURT OF APPEALS 9TH CIRC | 3. Date of Report 4/28/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U S CIRCUIT JUDGE (ACTIVE) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 312 NORTH SPRING STREET ROOM 1747 LOS ANGELES, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1 - EXEMPT C |
| 2. | TRUSTEE | TRUST #2 - NONEXEMPT C |
| 3. | TRUSTEE | TRUST #3 - LIVING TRUST |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED MAY 17 10 35 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | PENSION PLAN DISTRIBUTIONS |
| 2. | 2003 | PENSION PLAN DISTRIBUTIONS |
| 3. | 2003 | ACLU FOUNDATION - WAGES |
| 4. | 2003 | ACLU OF SOUTHERN CALIFORNIA - WAGES |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | FEDERALIST SOCIETY | NOV 16, 2002 - WASHINGTON DC (AIR FARE, LODGING, GROUND TRANSPORTATION) |
| 2. | HARVARD UNIVERSITY | MARCH 1, 2003 - CAMBRIDGE, MA - HARVARD BLACK LAW STUDENTS (AIRFARE) |
| 3. | AMHERST COLLEGE | APRIL 4-5, 2003 - AMHERST, MA - (AIR FARE AND GROUND TRANSPORTATION) |
| 4. | AMERICAN CONSTITUION SOCIETY | APRIL 20-21, 2003 - CHICAGO, IL - (AIRFARE, HOTEL) (UNIVERSITY OF CHICAGO) |
| 5. | AMERICAN CONSTITUION SOCIETY | APRIL 22, 2003 - NEW HAVEN, CT (AIR FARE) - YALE UNIVERSITY |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting<br><br>REINHARDT, STEPHEN R | Date of Report<br><br>4/28/2004 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 6. | UNIVERSITY OF ST. THOMAS SCHOOL OF LAW | OCT 17, 2003 - MINNEAPOLIS MN (AIRFARE, MEALS AND GROUND TRANSPORTATION) |
| 7. | AMERICAN CONSTITUION SOCIETY | APRIL 14, 2003 - NEW YORK UNIVERSITY (AIRFARE) |
| 8. | AMERICAN CONSTITUION SOCIETY | APRIL 15, 2003 - COLUMBIA UNIVERSITY (AIRFARE) |
| 9. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| I. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| I. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A.-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. MERRILL LYNCH ▓▓▓▓ | | | | | | | | | |
| 2. ML BANK DEPOSIT PROGRAM | | None | J | T | | | | | |
| 3. FEDERATED AMERICAN LEADERS FD CLC shr | | None | L | T | | | | | |
| 4. AMERICAN INUSRED MORTGAGE INV., LP UNITS | D | Interest | J | T | | | | | |
| 5. UNION BANK CHECKING | | None | J | T | | | | | |
| 6. MERRILL LYNCH ▓▓▓ | | | | | | | | | |
| 7. ML BANK DEPOSIT PROGRAM | | None | J | T | | | | | |
| 8. AMERICAN INCOME FUND OF AMERICA CL C | E | Dividend | | | SELL | 7/9 | K | | |
| 9. PIMCO REAL RETURN | B | Dividend | | | SELL | 7/9 | L | C | |
| 10. NATIONS LIFEGOAL BALANCED GROWTH FD C | B | Dividend | M | T | BUY | 7/9 | M | | |
| 11. MERRILL LYNCH ▓▓▓ TRUST #1 - EXEMPT C | G | Dividend | P1 | T | | | | | |
| 12. -ML BANK DEPOSIT PROGRAM | | | | | | | | | |
| 13. -NUV CAL DVD ADV MUN FD 2 | | | | | SELL | 1/28 | L | | |
| 14. -NUV CAL D ADV MUN FD 3 | | | | | SELL | 3/25 | M | | |
| 15. -PIMCO CA MUN ICNM FUND | | | | | PARTIAL SALE | VAR | N | | |
| 16. -LONG SHORT TECH TRAKRS | | | | | | | | | |
| 17. -1MTH CAMPBELL STRATEGIC | | | | | | | | | |
| 18. -WESTERN A PRMR BD FD SBI | | | | | SELL | 1/28 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | * = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| A. -Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -AIM SELECT R E INCOME FD | | | | — | SELL | 1/28 | M | | |
| 20. -HANCOCK JOHN PFD EQUITY | | | | | SELL | 6/13 | M | C | |
| 21. -COHEN & STEERS PREMIUM | | | | | | | | | |
| 22. -CAMPBELL STRATEGIC ALLOCATION FUND LP | | | | | | | | | |
| 23. -PAULSON ACCESS LLC | | | | | | | | | |
| 24. -GAMCO ACCESS LLC | | | | | SELL | 10/31 | M | B | |
| 25. -ADVENT ACCESS LLC | | | | | | | | | |
| 26. -NEUBERGER BERMAN CA | | | | | SELL | VAR | N | | |
| 27. -U.S.I. HOLDINGS CORP | | | | | SELL | 4/2 | K | A | |
| 28. -SCUDDER RREEF REAL | | | | | SELL | VAR | M | D | |
| 29. -NATIONS MARSICO FOCUSED | | | | | SELL | VAR | N | E | |
| 30. -NM TEXTRON FNCL CRP | | | | | SELL | 3/26 | L | | |
| 31. -LMC TRAKRS | | | | | | | | | |
| 32. -VENTAS INC | | | | | SELL | 3/25 | K | A | |
| 33. -PIMCO CORP OPPTY FD | | | | | SELL | VAR | O | F | |
| 34. -CORPORATE HY FD IV INC | | | | | SELL | 6/13 | M | A | |
| 35. -ALLIANCE BERNSTEIN WEALTH APPREC STRATEGY ADVISOR | | | | | BUY | 9/30 | O | | |
| 36. -BLACKROCK CA MU▮▮T TR | | | | | BUY | 1/8 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -BLACKROCK CA████TR | | | | — | SELL | 1/28 | J | | |
| 38. -BLACKROCK LIMITED DURATION INCOME TRUST | | | | | BUY | 7/28 | M | | |
| 39. -CALAMOS GROWTH FUND | | | | | BUY | 3/26 | N | | |
| 40. -CALAMOS GROWTH FUND | | | | | SELL | 6/27 | M | E | |
| 41. -COHEN & STEERS REIT & PFD INCOME FUND | | | | | BUY | 6/24 | N | | |
| 42. -EATON VANCE TAX ADVANTAGE DIVIDEND INCOME FUND | | | | | BUY | 9/25 | M | | |
| 43. -EVERGREEN MANAGED INCOME FUND | | | | | BUY | 6/24 | N | | |
| 44. -EVERGREEN MANAGED INCOME FUND | | | | | SELL | 10/15 | M | | |
| 45. -F&C CLAYMORE PFD SECS INCOME FD INC | | | | | BUY | 1/28 | O | | |
| 46. -F&C CLAYMORE PFD SECS INCOME FD INC | | | | | SELL | 6/13 | N | B | |
| 47. -FRANKLIN TEMPLETON LTD DURATION INCOME TR | | | | | BUY | 8/26 | M | | |
| 48. -GENERAL MOTORS CORP | | | | | BUY | 6/26 | N | | |
| 49. -GENERAL MOTORS CORP | | | | | SELL | 7/25 | M | | |
| 50. -HOUSEHOLD FINANCE SR NOTES | | | | | BUY | 1/22 | L | | |
| 51. -HOUSEHOLD FINANCE SR NOTES | | | | | SELL | 3/25 | K | | |
| 52. -MERRILL LYNCH & CO INC | | | | | BUY | 6/30 | N | | |
| 53. -MERRILL LYNCH & CO INC | | | | | SELL | VAR | M | | |
| 54. -MERRILL LYNCH & CO INC MKT RECOV NT | | | | | BUY | 4/29 | L | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -MERRILL LYNCH & CO INC STRIDES LINKED TO BROCAD | | | | | BUY | 4/29 | L | | |
| 56. -ML&CO GLBL CURR BSKT NTS GLOBAL CURRENCY | | | | | BUY | 10/29 | L | | |
| 57. -ML&CO ARN SEMI-HOLDRS ACCELERATED NTS | | | | | BUY | 10/28 | L | | |
| 58. -NATIONS LIFEGOAL GROWTH | | | | | BUY | 6/13 | P1 | | |
| 59. -NATIONS LIFEGOAL GROWTH | | | | | SELL | 9/30 | P1 | E | |
| 60. -NEUBERGER BERMAN INCOM OPPORTUNITY FD INC | | | | | BUY | 6/24 | N | | |
| 61. -NEUBERGER BERMAN INCOM OPPORTUNITY FD INC | | | | | PARTIAL SELL | VAR | M | | |
| 62. -NICHOLAS APPLEGATE CONV AND INCOME FUND | | | | | BUY | 7/28 | M | | |
| 63. -NICHOLAS APPLEGATE IN FD AND INCOME FUND | | | | | BUY | 3/26 | N | | |
| 64. -NICHOLAS APPLEGATE IN FD AND INCOME FUND | | | | | SELL | 9/24 | M | | |
| 65. -OPPENHEIMER INTERNATL BOND FD CL A | | | | | BUY | 7/8 | N | | |
| 66. -PARTNER RE LTD | | | | | BUY | 5/1 | L | | |
| 67. -PARTNER RE LTD | | | | | SELL | 6/13 | K | B | |
| 68. -PIMCO FLOATING RATE INCOME FUND | | | | | BUY | 8/26 | L | | |
| 69. -PIONEER MUN HIGH INCOME ADVANTAGE TR | | | | | BUY | 10/15 | K | | |
| 70. -PIONEER MUNICIPAL HIGH INCOME TRUST | | | | | BUY | 7/17 | M | | |
| 71. -PPLUS TR CTF CL A SER PMC-1 | | | | | BUY | 1/21 | L | | |
| 72. -PPLUS TR CTF CL A SER PMC-1 | | | | | SELL | 6/13 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -PPLUS-HTZ-1 HERTZ CORP | | | | | BUY | 5/22 | L | | |
| 74. -PPLUS-HTZ-1 HERTZ CORP | | | | | SELL | 6/13 | K | A | |
| 75. -PREFERRED INCOME STGY FD | | | | | BUY | 3/25 | N | | |
| 76. -PREFERRED INCOME STGY FD | | | | | SELL | 7/25 | M | | |
| 77. -WESTERN ASSET/ CLAYMORE US TREASURY INFLATION | | | | | BUY | 9/25 | M | | |
| 78. MERRILL LYNCH ACCT 641 | | | | | | | | | |
| 79. ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 80. CALIFORNIA ST | B | Interest | | | SELL | 5/1 | K | | |
| 81. CALIFORNIA ST | C | Interest | | | SELL | 5/9 | M | D | |
| 82. CALIFORNIA ST 7.3% | D | Interest | M | T | | | | | |
| 83. CALIFORNIA ST 4.4% | C | Interest | L | T | | | | | |
| 84. CALIFORNIA ST 9.9% | C | Interest | L | T | | | | | |
| 85. CALIFORNIA ST 9.75% | C | Interest | L | T | | | | | |
| 86. CALIFORNIA ST 6.4% | D | Interest | M | T | | | | | |
| 87. CALIFORNIA ST 9.2% | C | Interest | L | T | | | | | |
| 88. CALIFORNIA ST 6.25% | C | Interest | L | T | | | | | |
| 89. CALIFORNIA ST 5.75% | C | Interest | L | T | | | | | |
| 90. PIONEER HIGH INCOME TR | E | Dividend | M | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

Name of Person Reporting

REINHARDT, STEPHEN R

Date of Report

4/28/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. FLAHERTY & CRUMRINE CLAYMORE TOTAL RETURN | B | Dividend | M | T | BUY | 8/26 | M | | |
| 92. PIONEER MUNICIPAL HIGH INCOME TRUST | C | Dividend | M | T | BUY | 7/17 | M | | |
| 93. MERRILLY LYNCH ACCT 027 TRUST #2 - NON-EXEMPT C | E | Dividend | N | T | | | | | |
| 94. -ML BANK DEPOSIT PROGRAM | | | | | | | | | |
| 95. -PIMCO CORPORATE INCM FD | | | | | SELL | 6/13 | M | D | |
| 96. -AMERICAN WASHINGTON MUT INVESTORS FUND | | | | | SELL | 6/13 | N | | |
| 97. -ING INTL VAL FD A | | | | | SELL | 6/13 | M | | |
| 98. -EAST BAY CA MUN UTL DT WTR SYS | | | | | | | | | |
| 99. -PIMCO CALIFORNIA MUNICIPAL INCOME FUND III | | | | | SELL | VAR | M | | |
| 100. -MERRILL LYNCH & CO INC MKT RECOV NT | | | | | BUY | 4/29 | L | | |
| 101. SCHWAB INSTITUTIONAL -451 | | | | | | | | | |
| 102. DFA FIVE YEAR GOVT PORT | | | | | SELL | 6/18 | J | B | |
| 103. DFA TAX-MANAGED US | | | | | SELL | 6/18 | J | | |
| 104. DFA TAX-MNG US SMLCAP VA | | | | | SELL | 6/18 | J | | |
| 105. TWEEDY BROWN GLOBAL | | | | | SELL | 6/18 | J | | |
| 106. SCHWAB INSTITUTIONAL IRA | A | Dividend | J | T | PARTIAL SELL | VAR | M | | |
| 107. -SCHWAB MONEY MARKET | | | | | | | | | |
| 108. -DFA 2 YR GLOBAL | | | | | SELL | VAR | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 4/28/2004 |

## VII. INVESTMENTS and TRUSTS   -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. -DFA US LARGE CAP VALUE | | | | | SELL | VAR | K | | |
| 110. SCHWAB 1000 | | | | | | | | | |
| 111. -AXA ROSENBERG US SMALL CAP | | | | | | | | | |
| 112. -TWEEDY BROWNE GLOBAL VAL | | | | | | | | | |
| 113. -AXA ROSENBERG INTL SMALL CAP | | | | | | | | | |
| 114. -DFA EMERGING MARKETS PORT | | | | | | | | | |
| 115. -DFA 5 YR GOVT PORT | | | | | | | | | |
| 116. SCHWAB INSTITUTIONAL- ANNUITY | | | | | SELL | 9/18 | M | | |
| 117. POLARIS PROTECTOR - ANNUITY | | | | | BUY | 9/18 | M | | |
| 118. | | | | | | | | | |
| 119. RENTAL PROPERTY #1, LAGUNA NIGUEL, CA | C | Rent | M | R | BUY | 6/20 | M | | |
| 120. MERRILL LYNCH IRA | C | Dividend | M | T | BUY | VAR | M | | |
| 121. -ML BANK USA RASP MONEY MARKET | | | | | | | | | |
| 122. -NATIONS LIFEGOAL BALANCED GROWTH FD | | | | | | | | | |
| 123. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _May, 12, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544